

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2014

No. 04-13-00753-CV

Robert **SCHRADE**,
Appellant

v.

Stephen E. **EARLE** MD and Stephen E. Earle MD PA,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-03779
Honorable Laura Salinas, Judge Presiding

## O R D E R

The Appellee's Motion for Leave to File Amended Brief is GRANTED. Appellee's amended brief is due no later than April 18, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court